FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
October 13, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

Fourth Court of Appeals
San Antonio, Texas

No. 04-15-00288-CV

EDUARDO BENAVIDES, Appellant,

vs.

JULIA BENNETT, Appellee.

APPELLANT'S LETTER BRIEF

Appellant Eduardo Benavides, states that this court does not have subject-matter jurisdiction in this case because the summary judgment order entered on February 2, 2015, does not dispose of all claims against both defendants. See Nash v. Harris City, 63 S.W.3d 415, 416 (Tex. 2001). The order in itself clearly states that only a partial summary judgment was being granted. For the reason, Appellant asks that the case be remanded back to the trial court.

Respectfully submitted,

Eduardo Benavides
89008-132
LSCI Butner Low
P.O. Box 999
Butner, NC 27509

DECLARATION OF SERVICE

I EDUARDO BENAVIDES, presently incarcerated in Grandville County, NC, pursuant to Civil Practice & Remedies Code §132.00, declare that a true and correct copy of the above has been forwarded to: Attorney Patricia Jay, and Attorney Rudy Wattiez by placing same in the prison mailbox on this 5 day of October 1015, in a envelope containing sufficient first class postage.

Eduardo Benavides
89008-132
LSCI Butner Low
Butner, NC 27509